**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JIMMY ALFONSO CASTILLO MEJIA, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No.  SA-26-CA-03222-XR |
| | § | |
| CHARLOTTE COLLINS, *et al.*, | § | |
| *Defendant* | § | |

**TRANSFER ORDER**

Petitioner brought this habeas petition under 28 U.S.C. § 2241 to challenge his detention at the T. Don Hutto Detention Center in Taylor, Texas. ECF No. 1 at 1. Taylor is in Williamson County, which is located in the Austin Division of the Western District of Texas.

Section 2241 habeas petitions "must be filed in the division that includes the county in which the petitioner is in custody." W.D. Tex. Local Rule CV-3(b). "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a).

For the convenience of the parties and witnesses, and in the interest of justice, this case should be transferred to the Austin Division of the Western District of Texas.

It is therefore **ORDERED** that this case shall be **TRANSFERRED** to the Austin Division of the Western District of Texas.

It is so **ORDERED**.

**SIGNED** this 20th day of May, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE